Ignacio **LOPEZ–RUIZ**, Petitioner,

v.

Eric H. **HOLDER** Jr., Attorney General, Respondent.

No. 07–72938.

United States Court of Appeals, Ninth Circuit.

Submitted March 16, 2010.[*]

Filed March 24, 2010.

John Wolfgang Gehart, Carlos Vellanoweth, Elena Yampolsky, Vellanoweth & Gehart, LLP, Los Angeles, CA, for Petitioner.

Julie M. Iversen, Trial, OIL, Margaret Kuehne Taylor, James A. Hurley, Anh–Thu P. Mai–Windle, Senior Litigation Counsel, Mark A. Walters, Esquire, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

MEMORANDUM [**]

Ignacio Lopez–Ruiz, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

judge's denial of his application for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo questions of law. *Cazarez–Gutierrez v. Ashcroft,* 382 F.3d 905, 909 (9th Cir.2004). We deny the petition for review.

Lopez–Ruiz's contention that his conviction under Cal. Health & Safety Code § 11358 is not an aggravated felony is foreclosed by *United States v. Reveles–Espinoza,* 522 F.3d 1044, 1047–48 (9th Cir. 2008). The agency properly concluded that Lopez–Ruiz was not eligible for cancellation of removal. 8 U.S.C. § 1229b(a)(3).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.